09-2149-ag
Zhang-Xiano v. Holder

BIA
A077 222 957

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18ᵗʰ day of June, two thousand ten.

PRESENT:
        RALPH K. WINTER,
        RICHARD C. WESLEY,
        PETER W. HALL,
              *Circuit Judges*.
_____

YAN ZHANG-XIANO, a.k.a. XUE YUN YANG,
        *Petitioner*,

        v.                              09-2149-ag
                                        NAC
ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
        *Respondent*.
_____

FOR PETITIONER:      Yung H. Hsu, New York, New York.

**FOR RESPONDENTS:** Tony West, Assistant Attorney General; Richard Evans, Assistant Director; Brooke M. Maurer, Trial Attorney, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Yan Zhang-Xiano, a native and citizen of the People's Republic of China, seeks review of an April 21, 2009, order of the BIA denying her motion to reconsider. *In re Yan Zhang-Xiano, a.k.a. Xue Yun Yang*, No. A077 222 957 (B.I.A. Apr. 21, 2009). We assume the parties' familiarity with the underlying facts and procedural history in this case.

This Court ordinarily reviews the BIA's denial of a motion to reconsider for abuse of discretion. *Jin Ming Liu v. Gonzales*, 439 F.3d 109, 111 (2d Cir. 2006). Here, however, Petitioner does not challenge the BIA's denial of her motion to reconsider, the only decision we are empowered to review. *See Nwogu v. Gonzales*, 491 F.3d 80, 84 (2d Cir. 2007) (denying petition where applicant failed to raise "any of the issues relevant" to BIA's denial of his motion to reopen). Rather, Petitioner's brief implies that the

2

petition is a challenge to either the BIA's affirmance of the IJ's decision or the BIA's denial of her previously filed motion to reopen. Even the portions of the brief that are arguably responsive to the decision actually before us fail to assert a meaningful legal argument appropriate for our review. Under such circumstances, we find that Petitioner has waived any challenge to the BIA's denial of her motion to reconsider. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 541 n.1, 545 n.7 (2d Cir. 2005); *Nwogu*, 491 F.3d at 84.

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk